1106

[No. 38997-1-I. Division One. October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM WILSON III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00721-4, Michael Hayden, J., entered July 18, 1996. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 39116-0-I. Division One. October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LEWIS RICE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02879-5, Donald D. Haley, J., entered July 22, 1996. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 39336-7-I. Division One. October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME STEVEN TALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02787-8, Marilyn R. Sellers, J., entered September 9, 1996. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 39400-2-I. Division One. October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW LAMONT HICKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00436-3, Janice Niemi, J., entered September 23, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker, C.J., and Grosse, J.